IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA JAY WILLIAMS                                                                              PLAINTIFF

v.                                        Case No. 5:14-CV-05370

SHERIFF TIM HELDER; SOUTHERN HEALTH
PARTNERS, INC.; and NURSE RHONDA BRADLEY                              DEFENDANTS

**O R D E R**

Currently before the Court are the proposed findings and recommendations (Doc. 22) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that the partial motion to dismiss filed by Defendants Southern Health Partners, Inc. ("SHP") and Nurse Rhonda Bradley (Doc. 6) is GRANTED.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendant Sheriff Tim Helder (Doc. 11) is GRANTED.

As a result of this order, all claims against SHP and Sheriff Helder, as well as all official-capacity claims against Nurse Bradley, are DISMISSED WITHOUT PREJUDICE for failure to state a claim. This leaves for consideration Plaintiff's claims against Nurse Bradley in her individual capacity.

IT IS SO ORDERED this 21st day of September, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE